# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Steven C. Yarbrough

United States Magistrate Judge

Clerk's Minutes – Initial

| | | | |
|---|---|---|---|
| Date: | 9/17/2014 | Case Number: | 14-MJ-3093 |
| Case Title: USA v. | Leon Tafoya | Liberty: | Hondo @ 9:56 am |
| Courtroom Clerk: | K. Dapson | Total Time: | 4 Minutes |
| Probation/Pretrial: | A. Galaz | Interpreter: | |

ATTORNEYS PRESENT:

| | | | |
|---|---|---|---|
| Plaintiff: | Jonathan Gerson | Defendant: | Pro Se |

PROCEEDINGS:

- ☐ Defendant Sworn
- ☒ Defendant received copy of charging document
- ☒ Defendant advised of rights and penalties
- ☒ Defendant wants Court appointed counsel
- ☒ Government moves to detain
- ☒ Defendant remanded to custody of USMS
- ☐ Defendant released:
- ☒ Preliminary/Detention    Hondo    9/18/2014    @ 9:30 am
- ☐ Other: