# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Steven C. Yarbrough

United States Magistrate Judge

Clerk's Minutes – Preliminary / Detention

| | | | |
|---|---|---|---|
| Date: | 9/18/2014 | Case Number: | 14-MJ-3093 |
| Case Title: USA v. | Leon Tafoya | Liberty: | Hondo @ 10:03 & 10:36 am |
| Courtroom Clerk: | K. Dapson | Total Time: | 9 Minutes |
| Probation/Pretrial: | A. Galaz | Interpreter: | |

ATTORNEYS PRESENT:

| | | | |
|---|---|---|---|
| Plaintiff: | Novaline Wilson & Jonathan Gerson | Defendant: | Alonzo Padilla |

PROCEEDINGS:

☒ Defendant waives Preliminary hearing

☒ Court finds probable cause

☐ Defendant waives detention hearing

☒ Defendant remanded to custody of USMS

☐ Defendant released:

☒ Other: USA-proffer det, evaluation; FPD-proffer rel, eval; Court-findings; FPD – review would like an evaluation; Parties to submit proposed order