AO 442 (Rev. 11/11) Arrest Warrant

u5u5

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

2014 SEP 16 AM 10: 4

MATTHEW J. DYKMAN
CLERK

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America
v.
Leon J. Tafoya
Post Office Box 1407
Espanola, New Mexico 87532
Year of Birth 1995 SSN#xxx-xx-2120

)
)
)
)
)
)
)

Case No. 14 mj 3093

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Leon J. Tafoya

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Leon J. Tafoya, an Indian, for the crime of Assault with a Dangerous Weapon, with intent to do bodily harm to the person of John Doe 1, Assault Resulting in Serious Bodily Injury to the person of John Doe 1, and Aggravated Assault for unlawfully assaulting or striking at the person of John Doe 2, a non-Indian with a deadly weapon, while in Indian Country, in violation of 18 USC 1153; 113a(3) and (6); 18 USC 1152. 13, and NMSA 30-3-2 (1978).

Date: 9/15/14

*Issuing officer's signature*

City and state: Albuquerque, New Mexico

Steven C. Yarbrough
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 9/15/14, and the person was arrested on *(date)* 9/16/14 at *(city and state)* Albuquerque, NM |
| Date: 9/16/14       *Arresting officer's signature* |
| Antonio Ramirez/BUSA   *Printed name and title* |